FOR THE EASTERN DISTRICT OF OKLAHOMA

Xavier Adams,
　　Plaintiff,

Case No. CIV-19-41-JHP-SPS

V.

Tiffany Ade et al.,
　　Defendants.

**FILED**

OCT - 4 2019

PATRICK KEANEY
Clerk, U.S. District Court
By_____
　　　Deputy Clerk

State of Oklahoma )
　　　　　　　　　　) SS: AFFIDAVIT
Hughes County　　　)

Come Now the affiant Xavier Adams ODOC#641545 Solemnly swears to the following:
1.) I am of a legal age and of sound mind. I am a Inmate in the custody of ODOC housed at Davis Correctional Facility, in Holdenville, Oklahoma. I have been housed at Davis Correctional Facility since April 13, 2016. I am a paralegal, whom received certification from Blackstone Career Institute.
2.) I assert that I submitted a Inmate Request to the Law Library Supervisor Ms. Patterson on 8/7/19 for the purchase of three (3) copies

1 of 22

of state's policy entitled "Inmate Grievance Process." Despite the fact of her knowledge of my pending court imposed deadline, the law library Supervisor did not make those copies available to me until 9/4/19, by way of a substitute law librarian. I refused the copies, because I no longer needed them for my 8/21/19 deadline. Ms. Patterson brought those copies to me on 9/6/19 and I refused them again but was still charged for them on 9/10/19. See Exhibit 1 & 2.

3.) I assert that I have submitted multiple Inmate Request to receive copy services/have duplicates made since 8/23/19 and consecutive weeks after and have not received copy services for well over a month now. See Exhibits 3 & 4 Inmate Requests 8/23/19 & 9/9/19

4.) I assert that I submitted several Inmate Request to procure access to the Legal Resource center/computer and was denied for two weeks in a row. The week of September 3-6, 2019 and the week of September 9-13, 2019. See Exhibits 5-7, Inmate Requests 8/26/19, 9/2/19 & 9/2/19

5.) I assert that on the dates of July 15, 2019 & Aug. 7, 2019 I submitted Inmate Requests to the law library Supervisor to checkout The Federal Rules of Civil Procedures for Oklahoma book, but was denied in some form or fashion. See Exhibits 8 & 9, Inmate Request 7/15/19 & 8/7/19

6.) I assert that within the legal resource center/computer, no list of Local court

Civil Rules exist. If an inmate has no knowledge of the LCvR(s) he/she won't be able to learn of them without utilizing humongous amounts of effort and time, that could possibly end in little to no progress, Which is the reasons I requested the checking-out of the Fed.R. Civ.Proc., of Oklahoma.

7.) I assert that on Aug. 5, 2019 I submitted a Inmate Request to purchase three (3) copies of Request To Staff #2018-0001. I needed those copies to meet my dateline of Aug. 21, 2019 and be in compliance with Local Civil court Rule 5.2. Those requested copies weren't delivered until over a month later. Well past my deadline, and not in accordance with State's mandated Policy 030115 IV(D)(5) "The law library Supervisor will ensure the photocopies are available within 48 hours (excluding weekends and holidays) after the documents were submitted for photocopying." See Exhibits 10-12 Inmate Request 8/5/19, Legal Disbursement 9/13/19 and Access to courts/law library Policy 030115 IV(D)(5).

These are just a few examples of retaliation for utilizing the grievance process and filing a lawsuit against Davis Correctional Facility Prison officials.

The Affiant Sayeth nothing further.

# EXHIBIT 1

09/10/2019 Receipt for
3X copies of OP-090124

# DAVIS CORRECTIONAL FACILITY
## Inmate Accounting Transaction Receipt

**Today's Date:** 09/10/2019  1:42:18PM

**ADAMS, XAVIER D**                                    E/EB/203/A
**Agency # 641545**          **Perm # 2009810**

| | |
|---|---|
| **Transaction Date:** 09/10/2019 12:57 | **Deposit From/Withdrawal To:** COPIES - OP-1090124 X3 |
| **Transaction Type:** CR - COPIES | **Document Locator Number:** |
| **Amount:** $ 17.25 | **Case/Order Number:** |
| **Check Number:** | **Memo:** |
| **Receipt Number:** 14567773 | **Batch Verifying Officer:** ACCOUNTING STAFF |
| **Adding Officer:** ACCOUNTING STAFF | **Batch Number:** |
| **Card #:** | **Address:** , |
| **Beginning Balance:** $ 342.65 | |
| **Ending Balance:** $ 325.40 | |

| Cost Recovery Collected: | To Cost Recovery: |
|---|---|
| $17.25  CR - COPIES | $0.00  CR - COPIES |

Inmate Accounting Transaction Receipt

EXHIBIT 2

Inmate Request Relevant
to Request made on 08/7/19

RECEIVED

## Inmate Request

SEP 1 2 2019

BY:

Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form: Discrimination, ~~Classification~~, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.

TO: _Pat / Law Library Supv._   Facility/Unit: _D. C. F._   Date: _9/6/19_
(Name/Title of Staff Member)

SUBJECT: State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

_I'm requesting a copy of the Inmate Request I submitted on Aug. 7, 2019 request three copies of Policy OP-090134 and one copy of Policy OP-060125. I did not receive a copy of it when you sent the batch of request back from early last → flip_

Name: _Adams Xavier_   DOC # _641345_   Unit & Cell # _E.C. 118_
(Print)
Signature: _Xavier Adams_   Work Assignment: _n/a_

DO NOT WRITE BELOW THIS LINE

DISPOSITION: _A copy of your IR is in prison mail to you showing your refused copies on 9/9/19_

Staff Member                    Date   _9/12/19_

DOC 030101A
(R 4/19)

EXHIBIT 3
Inmate Request 8/23/19

EXHIBIT 4
Inmate Request 9/9/19

## Inmate Request

RECEIVED

SEP 1 2 2019

BY_____

Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" for: Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.

TO: _Law Library Supv._____ Facility/Unit: _D.C.F._ Date: _8/23/19_____
(Name/Title of Staff Member)

SUBJECT: State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

_Please provide copy services._____

Name: _Adams, Xavier_____ DOC # _641545_ Unit & Cell # _E-c-118_
       (Print)
Signature: _Xavier Adams_____ Work Assignment: _N/A_____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION: _Will pick up_____

Staff Member _____  Date _9/12/19_

DOC 030101A
(R 4/19)

RECEIVED

SEP 1 2 2019

BY:_____

# Inmate Request

Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form: Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.

TO: _Pst/Law Library Supervisor_ Facility/Unit: _D.C.F._  Date: _9/9/19_
(Name/Title of Staff Member)

SUBJECT: State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

_Please provide copy services._

Name: _Adams Xavier_   DOC # _641543_   Unit & Cell # _E.B.203_
(Print)
Signature: _Xavier Adams_   Work Assignment: _N/A_

## DO NOT WRITE BELOW THIS LINE

DISPOSITION: _Will push up for copies Duplicate_

Staff Member                    Date _9/12/19_

DOC 030101A
(R 4/19)

# EXHIBIT-5

Inmate Request 8/26/19

# EXHIBIT - 6

Inmate Request 9/2/19

# EXHIBIT - 7

Inmate Request 9/2/19

RECEIVED

## Inmate Request

AUG 2 7 2019

BY:_____

Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form: Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.

TO: _Pst/Law Library Supr.___ Facility/Unit: _D.c.F.__ Date: _9/26/19_____
(Name/Title of Staff Member)

SUBJECT: State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

_Please grant access to the legal resource center._

Name: _Adams, Xavier_ DOC # _641545_ Unit & Cell # _E.c.118_
   (Print)
Signature: _Xavier. Adams_ Work Assignment: _N/A_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
_On Access list_

Staff Member _____   Date _9/9/19_____

DOC 030101A
(R 4/19)

SEP 1 2 2019

## Inmate Request

BY:_____

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.**

TO: _Rot/Law Library Supv._    Facility/Unit: _D.C.F_  Date: _9/2/19_
(Name/Title of Staff Member)

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

_Please grant me access to the Legal Recource_
_Center._

Name: _Adams Xavier_    DOC # _641545_   Unit & Cell # _E.C.118_
     (Print)
Signature: _Xavier Adams_   Work Assignment: _n/a_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:   _Duplicate_

Staff Member                          Date  _9/12/19_

DOC 030101A
(R 4/19)

RECEIVED

SEP 1 2 2019

BY:_____

## Inmate Request

**Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form:** Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

**This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.**

TO: _Pat /Law Library Supv._ Facility/Unit: _D.C.F._ Date: _9/2/19_
(Name/Title of Staff Member)

**SUBJECT:** State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

Please confirm the following statement: all inmates whom want access to Law Library/Court must submitt a Inmate Request prior to Wednesday of that week to obtain access the next week. Meaning the list are always made 1 week in → flip

Name: Adams Xavier      DOC # 641543   Unit & Cell # E.C.118
(Print)
Signature: Xavier Adams   Work Assignment: n/a

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: Lists are made for a week in advance — after the request is received by Law Lib.

Staff Member _____   Date _9/12/19_

DOC 030101A
(R 4/19)

# EXHIBIT - 8

Inmate Request - 7/15/19

# EXHIBIT - 9

Inmate Request - 8/7/19

## Inmate Request

Issues relating to any of the following areas must be submitted to the Law Library on a **"Request to Staff"** form: Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

This form is not utilized for exhaustion of administrative remedies; you must use the **"Inmate/Offender Grievance Process Request to Staff"** for those issues.

TO: _Rst/Law Library Supv_ Facility/Unit: _R.C.F._ Date: _7/15/19_
   (Name/Title of Staff Member)

SUBJECT: State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

_Mam, I need to checkout The Federal Rules of Civil Procedures For Oklahoma._

Name: _Adams, Xavier_        DOC # _641545_   Unit & Cell # _E-C-118_
      (Print)
Signature: _Xavier Adams_   Work Assignment: _N/A_

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION: _Which district?_

_____          AUG 05 2019
Staff Member                     Date

DOC 030101A
(R 4/19)

## Inmate Request

RECEIVED

AUG 1 5 2019

BY:_____

Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form: Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.

TO: _Sgt / Law Library Supv._ Facility/Unit: _N.C.F._ Date: _8/7/19_
    (Name/Title of Staff Member)

SUBJECT: State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

Mam, I need to checkout. The Federal Rules of Civil
Procedures For Oklahoma. That book covers all
three Oklahoma Federal districts. Which are Northern
(error) Northern, Eastern and Western districts,
Please provide, ase → Flip

Name: _Adams, Xavier_ DOC # _641545_ Unit & Cell # _E.C. 118_
      (Print)
Signature: _Xavier Adams_ Work Assignment: _N/A_

### DO NOT WRITE BELOW THIS LINE

DISPOSITION: _You have LRC access. The FRCP are on the computer_
_for your access. The R is very mindful of your_
_deadline time lim._

Staff Member _____ Date _8/15/19_

DOC 030101A
(R 4/19)

at your earliest convenience. I am on a deadline so
be mindful of that.

# EXHIBIT - 10

Inmate Request - 8/5/19

# EXHIBIT - 11

Legal Disbursement - 9/13/19

# EXHIBIT - 12

Access to Courts/Law Library Policy 030115 IV(D)(5)

RECEIVED

AUG 0 6 2019

BY:_____

## Inmate Request

Issues relating to any of the following areas must be submitted to the Law Library on a "Request to Staff" form: Discrimination, Classification, Complaint Against Staff, Condition of Confinement, Disciplinary Process, Legal, Medical, Property, Records/Sentence Administration, and Religion.

This form is not utilized for exhaustion of administrative remedies; you must use the "Inmate/Offender Grievance Process Request to Staff" for those issues.

TO: _Pat/Law Library Sup_ Facility/Unit: _D.C.C_ Date: _8/5/19_
(Name/Title of Staff Member)

SUBJECT: State completely, but briefly, the request on which you desire assistance. This statement must be specific as to the request, dates, place, personnel involved. Only one request or incident per "Inmate Request" is allowed. The requests addressed on this form are for routine administrative matters such as request for wake-up call, replacement clothing, phone calls, scheduling special/legal visit, hygiene items, etc. Your failure to specifically state your request may result in this Inmate Request being returned denied.

I'm requesting the purchase of three copies of R.T.S. #2018-0001 addressed to D. Jones dated 12-28-17. I want the R.T.S. with the longest response. It in my R.T.S. log.
Thank you!

Name: _Adams, Xavier_   DOC # _641545_   Unit & Cell # _E-1-16 EB-203_
        (Print)
Signature: _Xavier Adams_   Work Assignment: _N/A_

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:
_RTS 2018-0001 That is on file will be sent to you at .25 a page._

Staff Member _[signature]_          Date _9-13-19_

DOC 030101A
(R 4/19)

*Charge*

**INMATE'S REQUEST FOR DISBURSEMENT OF LEGAL COSTS**

I, _____Adams_____, _____641545_____, request the following for the
     (Print Name)         (DOC Number)
purpose of securing legal redress per OP-030115:

_____ copies of the attached document, □ Legal Documents □ Legal Resource Center

_____RTS Copies_____
(Description)

____|____ copies of each of the _____ originals.

                Total copies requested _____ x 25¢ each page:     _____

9/13/19 _____ #10 plain white envelope(s), no return address, at 5¢ each    _____

_____ Manila envelope(s), at 10¢ each    _____

_____ First class postage    _____

_____ Certified services to document initial filing in court    _____

_____ Plain paper or blank forms (8 ½ X 11 only), at 5¢ each    _____

_____ Printing from computers at 25¢ per page    _____

_____ Notary service, at $1.00 per notarization    _____

                 **DISBURSEMENT TOTAL - $ _____**

I understand that in accordance with OP-030115, I will be charged for the above amounts and
that this is also a request for disbursement of funds from my trust fund draw account. If I do not
have enough funds to cover these costs related to court-imposed or rule-imposed deadlines, the
amount will be collected as soon as funds become available.

_____   _____
Inmate's Signature/Date/Time         Law Library Supervisor's Signature/Date/Time
**************************************************************************************************

Date the requested services/items were provided: _____

Date the requested services/times were rejected and, if applicable, material returned to the
requesting inmate. If rejected, state why for each service/item:    _____

_____   _____
Law Library Supervisor Signature              Date/Time
**************************************************************************************************

Trust Fund Officer: $_____   Withdrawn from trust fund draw account

           $_____   Balance due, to be collected as soon as funds
                             become available in trust fund draw account
                             (account debited)

_____   _____
Signature of Trust Fund Officer                 Date/Time

Original:   Trust Fund Officer
1st Copy:  Inmate
2nd Copy: Law Library Files                 DOC 030115A (R 8/17)

| Section-03 Facility Operations | OP-030115 | Page: 8 | Effective Date: 01/07/2015 |
|---|---|---|---|

funds;

    f.    In excess of the judicial requirements for the number of required sets for distribution (Examples: Requesting ten copies of a pleading when there are only three defendants; the attaching of exhibits to a pleading that does not allow the attachment of exhibits); or

    g.    Duplicate material is already available to the judiciary and opposing counsel (Example: Copies to both the defendant and to his or her attorney).

5.    The law library supervisor will ensure the photocopies are available within 48 hours (excluding weekends and holidays) after the documents were submitted for photocopying. Staff will only view material for photocopying to the extent necessary to determine whether appropriate for legal photocopying and to ensure legible copying by the machine.

6.    Photocopying services will be provided by the law library supervisor.

7.    At no time is an offender to have access to a copier/printer/scanner without permission from the law library supervisor.

E.    Postage/Envelopes

1.    To assist offenders in making confidential contact with the courts and their attorneys of record relating to conditions of confinement or post conviction relief, postage/envelopes to the courts and the offender's attorney of record will be provided by the facility at cost to the offender.

    a.    An "Offender's Request for Disbursement of Legal Costs" form will be completed for all requests for postage/envelopes from the law library. The offender may purchase the postage or envelopes from the facility canteen.

    b.    For those offenders without funds available at the time of the request, the costs will be collected from the offender as soon as funds become available in his or her trust fund.

2.    Certified mail services will be available to offenders, at cost to the offender, to document the first delivery of the complaint/petition/petition in error to the court clerk only, at both district and appellate level.

    a.    An "Offender's Request for Disbursement of Legal Costs" form will be completed for all requests for certified mail.

This is subscribed and sworn to on 1 day of October _____, 2019 by, Xavier Adams

/S/ Xavier Adams

/S/ Carla Hoover
Notary Public

My commission Expires: 4-15-2023
My commission number: 11003473

22 of 22